UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LASZLO N. MASSZI | : | |
| | : | |
| v. | : | C.A. No. 06-423T |
| | : | |
| SOCIAL SECURITY | : | |
| ADMINISTRATION | : | |

**MEMORANDUM AND ORDER**

In this matter, the Plaintiff, Laszlo N. Masszi ("Masszi") filed an Application to Proceed Without Prepayment of Fees and Affidavit on September 22, 2006 (the "Application"). (Document No. 2). The Application has been referred to me for determination. 28 U.S.C. § 636(b)(1)(A); LR Cv 72. The Application contains a question (No. 6) that asked Masszi if he owns "any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value." Masszi answered yes but did not, as requested in the Application, "describe the property and state its value." In addition, Masszi has provided no information to the Court regarding his debts and monthly bills.

This Court cannot determine whether Masszi qualifies to have his Application granted in this case until it receives additional information. Masszi shall complete and file a Financial Affidavit which includes the information discussed above regarding his assets and expenses. The Clerk shall forward a Financial Affidavit (Form CJA 23) to Masszi for his use in responding to this Order.

Masszi must file a fully and properly completed Financial Affidavit with the Court on or before **October 31, 2006** or risk having his Application denied and this matter dismissed. So ordered.

ENTER: BY ORDER:

/s/ Lincoln D. Almond /s/ Jeannine Theall
LINCOLN D. ALMOND Deputy Clerk
United States Magistrate Judge
October 2, 2006