UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LASZLO MASSZI,
Plaintiff

             v.                          C.A. No.  06-423T

JO ANNE B. BARNHART,
Commissioner Social Security
Administration,
Defendant

## SHOW CAUSE ORDER

On or before **May 10th, 2007**, the plaintiff is hereby ordered to show cause, in writing, why this case should not be dismissed for lack of prosecution; namely, failure to make service upon defendants within 120 days after filing of the complaint and issuance of summons required by Fed. R. Civ. P. 4(m).  Failure to comply will result in dismissal.

By Order,

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Senior U.S. District Judge
Date:  4/10/07